| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 0758 3:22CR00031-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 0864 0:25CR00494-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Rayshawn Earl Motley<br>District of Minnesota | Western District of Wisconsin | Madison |
| | NAME OF SENTENCING JUDGE<br>Honorable William M. Conley | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 02/26/2025 — TO 02/25/2028 |

**OFFENSE**
Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), a Class C felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
To allow local supervision strategies to further support Mr. Motley's adjustment to supervision to include pro-social ties, stable employment and residency, and community support.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Western    DISTRICT OF    Wisconsin

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    District of Minnesota    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/16/2025
Date

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF    Minnesota

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 14, 2026
*Effective Date*

s/Donovan W. Frank
*United States District Judge*

1